**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **REBECCA SANCHEZ-DIAZ,** | § | |
| | § | |
| *Petitioner*, | § | |
| **v.** | § | |
| | § | |
| **MARY DE ANDA-YBARRA,** | § | |
| *Field Office Director of Enforcement and* | § | |
| *Removal Operations, El Paso Field Office,* | § | |
| *Immigration and Customs Enforcement*; | § | |
| **MARKWAYNE MULLIN,** | § | |
| *Secretary, U.S. Department of Homeland* | § | |
| *Security*; | § | **EP-26-CV-00351-DCG** |
| **U.S. DEPARTMENT OF HOMELAND** | § | |
| **SECURITY;** | § | |
| **PAMELA BONDI,** | § | |
| *U.S. Attorney General*; | § | |
| **EXECUTIVE OFFICE FOR** | § | |
| **IMMIGRATION REVIEW; and** | § | |
| **WARDEN OF THE EL PASO** | § | |
| **PROCESSING CENTER,** | § | |
| | § | |
| *Respondents*. | § | |

<u>**ORDER SUBSTITUTING RESPONDENT**</u>

Now that Markwayne Mullin has succeeded Kristi Noem as the Secretary of the

Department of Homeland Security, the Court **DIRECTS** the Clerk of Court to **SUBSTITUTE**

Secretary Mullin in Former Secretary Noem's place as a Respondent in the above-captioned

case.[1]

---

[1] *Compare* Pet., ECF No. 1, at 6 ("Respondent Kristi Noem . . . is sued in her official capacity."), *with* FED. R. CIV. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending.  The officer's successor is automatically substituted as a party.  Later proceedings should be in the substituted party's name . . . . The court may order substitution at any time . . . .").

- 2 -

**So ORDERED and SIGNED this 26th day of March 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**